SCANNED at WVCF and Emailed on
11-25-25 by dA - 2 pages.
(date) (initials) (num)

Anshious Aron-storey,     ) United States District Court
         Plaintiff,      ) Southern District of Indiana
v.                       ) Indianapolis Division
Samuel Byrd,             )
         Defendant.      ) No. 1.24-cv-00801-RLY-CSW

**FILED**
11/25/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Motion For Copies

Comes now, Plaintiff, pro-se, and respectfully to Order Copies of the following docket entries in CSW be sent to me:

1. Dkt. 1; the original complaint.
2. Dkt. 25; The Order screening complaint.
3. Dkt. 50; The Defendants answer to the compl[aint]
4. Dkt. 57; Order directing development of Exhaustio[n]
5. Dkt. 65; Defendant's Summary judment Motion.
6. Dkts. 66 and it's attachments; Defendant's designat[ion]
7. Dkt. 67; Defendant's Brief/Memorandum in Suppo[rt]
8. Dkt. 70; Plaintiff's Response in opposition to S[ummary Judgment]
9. Dkt. 71 and it's attachments; Exhibits in support o[f]
10. Dkt. 72; Reply in support of Motion For summa[ry judgment]
11. Dkt. 74; the Order granting Summary Judgment.
12. Dkt. 75; the Order entering Final Judgment.
13. Dkt. 77; the Defendant's response re 76 Motion
14. Dkt. 76; the Motion For Reconsideration.
15. Dkt. 89; the Order denying Motion For Reconsidera[tion]

I am required to submit these documents with my appellate brief in appendixes under Cir. R. 30 (a) and (b).

Due to humid conditions and a lack of adequate storage space away from the humidity the E-filed copies I have have been stained by moister and the

1.

---

**The Motion is granted to the extent that the Clerk is directed to send Plaintiff a copy of the public docket sheet and copies of Dkts. 1, 25, 50, 57, 65, 66, 67, 70, 71, 72, 74, 75, 77, 76, and 89.**

Crystal S. Wildeman
U.S. Magistrate Judge
Date: December 1, 2025

Distributed via U.S. mail to:
ANSHIOUS B.D. ARON-STOREY
265441
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838

SCANNED at WVCF and Emailed on _____ pages _____ by _____ (date) (initials) (num)

black mold that formed as a result of the moister.

The law librarian refuses to copy these documents due to the stains and without the documents my appeal will certainly fail for my inability to comply with Cir. R. 30 (a) and (b).

For these reasons I request that I be provided copies of the docket entries I am requesting.

I, Anshious Aron-Starey, declare under penalty of perjury that the foregoing is true and accurate.

Respectfully Submitted,

11/24/25

Anshious A. S.

Date Signed

Signature